IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE DANIEL CASTILLO-ANTONIO,

    Plaintiff,

  v.

KAOPOO SAEPHANH, et al.,

    Defendants.
_____/

No. C-13-2326 MMC

**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF CERTAIN PLEADINGS**

On July 15, 2013, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS the following parties to submit forthwith a chambers copy of the following pleadings:

1. Plaintiff is DIRECTED to submit a chambers copy of his First Amended Complaint, filed May 28, 2013.

2. Defendants Lawrence Zhen Zhang Trust and Leda Chang Ping Trust are DIRECTED to submit a chambers copy of their Answer, filed June 20, 2013, and of their Cross-Complaint, filed June 20, 2013.

3. Defendant Kaopoo Saephanh is DIRECTED to submit a chambers copy of his Answer, filed June 20, 2013.

**IT IS SO ORDERED.**

Dated: July 17, 2013

                                MAXINE M. CHESNEY
                                United States District Judge