IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br><br>　　Plaintiff,<br><br>　v.<br><br>KAOPOO SAEPHANH, et al.,<br><br>　　Defendants. | No. C-13-2326 MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF CERTAIN PLEADINGS** |

　　On July 15, 2013, the above-titled action was reassigned to the undersigned.

　　To facilitate the Court's review of the instant matter, the Court hereby DIRECTS the following parties to submit forthwith a chambers copy of the following pleadings:

　　1. Plaintiff is DIRECTED to submit a chambers copy of his First Amended Complaint, filed May 28, 2013.

　　2. Defendants Lawrence Zhen Zhang Trust and Leda Chang Ping Trust are DIRECTED to submit a chambers copy of their Answer, filed June 20, 2013, and of their Cross-Complaint, filed June 20, 2013.

　　3. Defendant Kaopoo Saephanh is DIRECTED to submit a chambers copy of his Answer, filed June 20, 2013.

　　**IT IS SO ORDERED.**

Dated: July 17, 2013

　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge