IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br><br>    Plaintiff,<br><br>  v.<br><br>KAOPOO SAEPHANH, et al.,<br><br>    Defendants.<br>_____/ | No. C-13-2326 MMC<br><br>**ORDER AFFORDING DEFENDANTS OPPORTUNITY TO RESPOND TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

    Before the Court is plaintiff's Notice of Voluntary Dismissal, filed September 16, 2013, by which plaintiff gives notice he is dismissing his claims against defendants without prejudice.

    Pursuant to the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without a court order by filing notice of dismissal before a defendant has filed an answer or a motion for summary judgment. See Fed. R. Civ. P. 41(a)(1)(A)(i). Here, however, each of the three defendants named in the complaint has filed an answer. Consequently, in the absence of a stipulation signed by all defendants, see Fed. R. Civ. P. 41(a)(1)(A)(ii), the action may be dismissed "only by court order, on terms that the court considers proper," see Fed. R. Civ. P. 41(a)(2).

    In the interests of judicial economy, the Court will construe plaintiff's Notice of Voluntary Dismissal as a motion to dismiss without prejudice his claims against

defendants, and will afford defendants an opportunity to response thereto.

Accordingly, defendants are hereby afforded leave to file, no later than October 9, 2013, any response to plaintiff's request to dismiss without prejudice. As of October 9, 2013, unless the parties are otherwise informed, the Court will take the matter under submission.

**IT IS SO ORDERED.**

Dated: September 25, 2013

_____
MAXINE M. CHESNEY
United States District Judge

2