```
1   RICHARD MAC BRIDE, SB# 199695
    LAW OFFICES OF RICHARD A. MAC BRIDE
2   865 Marina Bay Parkway, Suite 43
    RICHMOND, CA 94804
3   Phone 415-730-6289
4   Fax 510-439-2786
    Attorney for Plaintiff Jose Daniel Castillo-Antonio
5
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio, <br><br> Plaintiff, <br><br> Vs. <br><br> Kaopoo Saephanh dba CA Laundromat, Lawrence Zhen Zhang Trust, Leda Chang Ping Trust, and Does 1 to 50 inclusive, <br><br> Defendants. | Case Number _____ C-13-2326 __ <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |

Plaintiff Jose Daniel Castillo-Antonio and Defendants Kaopoo Saephanh dba CA Laundromat, Lawrence Zhen Zhang Trust, and Leda Chang Ping Trust, by and through their respective attorneys of record, hereby stipulate as follows:

   1. The Parties jointly request that the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride, Esq. /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio

Law Offices of Jason G. Gong – By: Jason Gong, Esq. /s/ Jason G. Gong

Attorney for Defendant Kaopoo Saephanh dba CA Laundromat

Law Offices of Jeffrey A. Chen – By: Jeffrey A. Chen, Esq. /s/ Jeffrey A. Chen

Attorney for Defendants Lawrence Zhen Zhang Trust and Leda Chang Ping Trust

STIPULATION AND ORDER OF DISMISSAL – 13-2326

-1-

ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Confidential Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action Jose Daniel Castillo-Antonio v. Kaopoo Saephanh dba CA Laundromat, Case No. C-13-2326, is dismissed with prejudice with each party to bear his or her own attorney's fees and costs.

Date: September 27, 2013

Maxine M. Chesney
United States District Judge

STIPULATION AND ORDER OF DISMISSAL – 13-2326

-2-