1
2
3
4
5

RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8
9
10
11
12
13
14

| | |
|---|---|
| Jose Daniel Castillo-Antonio, | ) Case Number _____ C-13-2326 __ |
| Plaintiff, | ) |
| Vs. | ) STIPULATION OF DISMISSAL WITH |
| | ) PREJUDICE AND (Proposed) ORDER |
| Kaopoo Saephanh dba CA Laundromat, | ) |
| Lawrence Zhen Zhang Trust, Leda Chang Ping | ) |
| Trust, and Does 1 to 50 inclusive, | ) |
| Defendants. | ) |

15

Plaintiff Jose Daniel Castillo-Antonio and Defendants Kaopoo Saephanh dba CA Laundromat,

16

Lawrence Zhen Zhang Trust, and Leda Chang Ping Trust, by and through their respective attorneys

17

of record, hereby stipulate as follows:

18

   1.  The Parties jointly request that the Court dismiss this action with prejudice.

19

20

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride, Esq. /s/ Richard A. Mac Bride

21

Attorney for Plaintiff Jose Daniel Castillo-Antonio

22

Law Offices of Jason G. Gong – By: Jason Gong, Esq. /s/ Jason G. Gong

23

Attorney for Defendant Kaopoo Saephanh dba CA Laundromat

24

Law Offices of Jeffrey A. Chen – By: Jeffrey A. Chen, Esq. /s/ Jeffrey A. Chen

25

Attorney for Defendants Lawrence Zhen Zhang Trust and Leda Chang Ping Trust

26

27

28

STIPULATION AND ORDER OF DISMISSAL – 13-2326

-1-

1

ORDER OF DISMISSAL WITH PREJUDICE

2

3  Having considered the parties' Confidential Stipulation of Dismissal with Prejudice, and for good

4  cause appearing, it is hereby ORDERED:

5      1.   That the action Jose Daniel Castillo-Antonio v. Kaopoo Saephanh dba CA Laundromat,

6           Case No. C-13-2326, is dismissed with prejudice with each party to bear his or her own

7           attorney's fees and costs.

8

9  Date:  September 27, 2013

10                                          Maxine M. Chesney

11                                          United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER OF DISMISSAL – 13-2326

-2-